[No. 15961-9-II.   Division Two.   July 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN
ROBERT HARDY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 91-8-00207-0, Richard L. Brosey, J. Pro Tem.,
entered March 25, 1992. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Morgan and Houghton,
JJ.

[No. 15934-1-II.   Division Two.   July 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. VIVIAN
CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 91-1-00337-2, David R. Draper, J., entered March
31, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 15468-4-II.   Division Two.   July 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY ALAN
MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-01870-9, Karen L. Strombom, J., entered
October 8, 1991. *Reversed* by unpublished opinion per Ski-
mas, J. Pro Tem., concurred in by Alexander, C.J., and Quinn,
J. Pro Tem.

[No. 14614-2-II.   Division Two.   July 29, 1993.]

RICHARD F. BUECHEL, *Respondent*, v. THE DEPARTMENT
OF ECOLOGY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 85-2-00299-1, James B. Sawyer II, J., entered
December 20, 1990. *Reversed* by unpublished opinion per
Morgan, J., concurred in by Petrich, J. Pro Tem., Alexander,
C.J., dissenting.